FILED
June 23, 2010
Clerk, U.S. Bankruptcy Court

Below is the Court's Report and Recommendation.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

Certified to be a true and correct copy of original filed in my office
Dated 7/8/10
Charlene M. Hiss, U.S. Bankruptcy Court
By B. Stowell, Deputy

| | |
|---|---|
| In re | ) |
| | ) Case No.: 09-30938-elp11 |
| Society of Jesus, Oregon Province, an Oregon domestic nonprofit religious corporation, | ) |
| Debtor. | ) |
| _____ | ) |
| Mia Sonneck; Alberta Sena; and Dorothea Skalicky, | ) |
| | ) Adversary Case No. 09-03311-elp |
| Plaintiffs, | ) |
| | ) **REPORT AND RECOMMENDATION** |
| v. | ) **ON STIPULATION FOR DISMISSAL** |
| | ) **OF ROMAN CATHOLIC DIOCESE** |
| Society of Jesus, Oregon Province; and Roman Catholic Diocese of Boise, aka Catholic Bishop of Boise, Idaho, | ) **OF BOISE, aka CATHOLIC BISHOP** |
| | ) **OF BOISE, IDAHO** |
| Defendants. | ) |

This matter having come before the Court based upon the Stipulation filed June 17, 2010 (Docket No. 25) among the Society of Jesus, Oregon Province ("Debtor"), Roman Catholic Diocese of Boise, aka Catholic Bishop of Boise, Idaho ("Boise Diocese") and the

Plaintiffs Mia Sonneck, Alberta Sena and Dorothea Skalicky ("Plaintiffs"), and good cause appearing therefore; and further, this Court having jurisdiction over this action under 28 U.S.C. § 1334(b) because the claims are "related to" the bankruptcy case, makes the following recommendations based upon the stipulation of the parties:

1. That the Boise Diocese be dismissed from this litigation with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as incorporated by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

2. That the Boise Diocese, Debtor and Plaintiffs each bear their own costs and attorney fees incurred in this proceeding.

3. That this matter should remain pending as between Debtor and Plaintiff for all claims, counterclaims and defenses related thereto. That the Boise Diocese be dismissed from all claims, crossclaims and defenses among all parties in this proceeding.

###

Presented by Joseph M. Meier, of the firm Cosho Humphrey, LLP, attorneys for Roman Catholic Diocese of Boise.
/s/ Joseph M. Meier

cc:
LEANDER L JAMES on behalf of Plaintiff Alberta Sena ljames@jvwlaw.net, bonte@jvwlaw.net
JOSEPH M MEIER on behalf of Defendant Roman Catholic Diocese of Boise jmeier@cosholaw.com, jbean@cosholaw.com
TIMOTHY C WALTON on behalf of Plaintiff Alberta Sena timwalton2000@hotmail.com
ANDREW M CHASAN on behalf of Plaintiff Alberta Sena andrew.chasan@chasanwalton.com
THOMAS DULCICH on behalf of Society of Jesus, Oregon Province tdulcich@schwabe.com