# U.S. Bankruptcy Court
## District of Oregon (Portland)
### Adversary Proceeding #: 09-03311-elp
Internal Use Only

*Assigned to:* Judge Elizabeth L Perris
*Lead BK Case:* 09-30938
*Lead BK Title:* Society of Jesus, Oregon Province
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 09/03/09
*Date Transferred:* 09/03/09

*Nature[s] of Suit:* 01 Determination of removed claim or cause

**Plaintiff**
-----------------------

**Mia Sonneck**　　　　　　　　　　　represented by **ANDREW M CHASAN**
　　　　　　　　　　　　　　　　　　　　　　　Chasan & Walton
　　　　　　　　　　　　　　　　　　　　　　　POB 1069
　　　　　　　　　　　　　　　　　　　　　　　Boise, ID 83701
　　　　　　　　　　　　　　　　　　　　　　　208-345-3760
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　**LEANDER L JAMES**
　　　　　　　　　　　　　　　　　　　　　　　1626 Lincoln Way
　　　　　　　　　　　　　　　　　　　　　　　Coeur d'Alene, ID 83814
　　　　　　　　　　　　　　　　　　　　　　　(208) 667-0683
　　　　　　　　　　　　　　　　　　　　　　　Email: ljames@jvwlaw.net
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　**RICHARD D HALTON**
　　　　　　　　　　　　　　　　　　　　　　　2647 SE Lake Rd
　　　　　　　　　　　　　　　　　　　　　　　Milwaukie, OR 97222
　　　　　　　　　　　　　　　　　　　　　　　(503) 794-0520
　　　　　　　　　　　　　　　　　　　　　　　Email: rhalton@earthlink.net
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　**TIMOTHY C WALTON**
　　　　　　　　　　　　　　　　　　　　　　　POB 1069
　　　　　　　　　　　　　　　　　　　　　　　Boise, ID 83701
　　　　　　　　　　　　　　　　　　　　　　　(208) 345-3760
　　　　　　　　　　　　　　　　　　　　　　　Email: timwalton2000@hotmail.com
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

**Alberta Sena**　　　　　　　　　　　represented by **ANDREW M CHASAN**
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　**LEANDER L JAMES**
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　**RICHARD D HALTON**
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>**TIMOTHY C WALTON**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Dorothea Skalicky** | represented by **ANDREW M CHASAN**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**LEANDER L JAMES**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**RICHARD D HALTON**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**TIMOTHY C WALTON**<br>(See above for address)<br>*LEAD ATTORNEY* |

V.

**Defendant**
------------------------

| | |
|---|---|
| **Society of Jesus, Oregon Province** | represented by **WILLIAM C THARP**<br>950 W Bannock St #900<br>Boise, ID 83702<br>(208) 319-2600<br>*LEAD ATTORNEY* |
| **Roman Catholic Diocese of Boise** | represented by **JOSEPH M MEIER**<br>POB 9518<br>Boise, ID 83707<br>(208) 344-7811<br>Email: jmeier@cosholaw.com<br><br>**MACKENZIE ELAINA WHATCOTT**<br>800 Park Blvd #790<br>Washington Group Plaza #4<br>Boise, ID 83712<br>(208) 344-7811<br>*LEAD ATTORNEY*<br><br>**STANLEY W WELSH**<br>800 Park Blvd #790<br>Washington Group Plaza #4<br>Boise, ID 83712<br>(208) 344-7811<br>*LEAD ATTORNEY*<br><br>**THOMAS G WALKER**<br>POB 9518<br>Boise, ID 83707-9518<br>(208) 344-7811 |

*LEAD ATTORNEY*

*aka*
**Catholic Bishop of Boise, Idaho**

| Filing Date | # | Docket Text |
|---|---|---|
| 09/03/2009 |  | Adversary case 09-03311. Commencement of Adversary Proceeding. Nature of Suit:(01 (Determination of removed claim or cause))(bls) (Entered: 09/23/2009) |
| 09/03/2009 |  | Jury Demand (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 1 | NOTICE OF REMOVAL by Society of Jesus, Oregon Province from Second Judicial District, Nez Perce County, case number CV09-00156.(Filing fee $350 receipt number09760000000000446650.) (Attachments: # 1 Cover Sheet, # 2 Exhibit A (State Court Register of Actions) - B (State Court Complaint), # 3 Exhibit C (State Court Motion to Make More Definite and Certain) - D (State Court Motion to Dismiss), # 4 Exhibit E (Memorandum in Support of Motion to Dismiss) - G (State Court Motion to Dismiss), # 5 Exhibit H (Memorandum in Support Motion to Dismiss) - I (Notice of Automatic Bankruptcy Stay))(Tharp, William) Modified text on 3/2/2009 (jlg). [Transferred from Idaho on 8/18/2009.] (Entered: 02/27/2009) ORIGINALLY FILED IN USDC-ID ON 2/27/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 2 | MOTION to Make More Definite and Certain (Alberta Sena and Dorothea Skalicky) by Defendant Society of Jesus, Oregon Province. Responses due by 3/23/2009. (jlg) (Originally filed in State Court. Appears as Exhibit C to Notice of Removal) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY FILED IN STATE COURT ON 2/27/09. (bls) Modified docket text on 9/24/2009 (rdl). (Entered: 09/23/2009) |
| 09/03/2009 | 3 | MOTION to Dismiss (Mia Sonneck) by Defendant Society of Jesus, Oregon Province. Responses due by 3/23/2009 (Attachments: # 1 Memorandum in Support)(jlg) (Originally filed in State Court. Appears as Exhibits D and E to Notice of Removal) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY FILED IN STATE COURT ON 2/27/09. (bls) (Entered: 09/23/2009) |
|  |  | MOTION to Dismiss by Defendant Roman Catholic Diocese of Boise. Responses due by 3/23/2009 (Attachments: # 1 Memorandum in Support)(jlg) (Originally filed in State Court. |

| | | |
|---|---|---|
| 09/03/2009 | 4 | Appears as Exhibit G and H to Notice of Removal) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY FILED IN STATE COURT ON 2/27/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 5 | NOTICE OF BANKRUPTCY FILING as to Society of Jesus, Oregon Province by Society of Jesus, Oregon Province (jlg) (Originally filed in State Court. Appears as Exhibit I to Notice of Removal) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY FILED IN STATE COURT ON 2/27/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | | (Court only) ***Attorney Leander Laurel James, IV, Andrew M Chasan, and Timothy C Walton for Alberta Sena and Dorothea Skalicky added. (jlg) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY ENTERED IN USDC-ID ON 3/2/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | | (Court only) ***Set STAYBK Flag (jlg) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY ENTERED IN USDC-ID ON 3/2/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | | RETURN OF SERVICE/PROCESS ASSUMED EXECUTED - Roman Catholic Diocese of Boise served on 2/27/2009; Society of Jesus, Oregon Province served on 2/27/2009. (no service document on file, service assumed for internal reporting purpose only) (jlg) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY FILED IN USDC-ID ON 3/2/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 6 | NOTICE of Assignment to Magistrate Judge and Requirement for Consent sent to counsel for Roman Catholic Diocese of Boise, Alberta Sena, Dorothea Skalicky, Mia Sonneck, and Society of Jesus, Oregon Province re 1 Notice of Removal. Consent/Objection to Magistrate due by 5/4/2009. (jlg) [Transferred from Idaho on 8/18/2009.] (Entered: 03/02/2009) ORIGINALLY FILED IN USDC-ID ON 3/2/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 7 | MOTION for Hearing Motion for Status Conference Timothy C Walton appearing for Plaintiff Mia Sonneck. Responses due by 3/30/2009 (Attachments: # 1 Exhibit Exhibit A to Motion for Status Conference)(Walton, Timothy) [Transferred from Idaho on 8/18/2009.] (Entered: 03/06/2009) ORIGINALLY FILED IN USDC-ID ON 3/6/09. (bls) (Entered: 09/23/2009) |
| | | NOTICE by Society of Jesus, Oregon Province of Filing of Motion to Transfer Case to District of Oregon (Attachments: # 1 |

| | | |
|---|---|---|
| 09/03/2009 | ●8 | Exhibit A - Motion to Transfer Related Cases)(Tharp, William) [Transferred from Idaho on 8/18/2009.] (Entered: 03/06/2009) ORIGINALLY FILED IN USDC-ID ON 3/6/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | ●9 | DOCKET TEXT ORDER granting 7 Motion for Status Conference Hearing. Signed by Judge Larry M. Boyle. A telephonic status conference shall be held at 9:00 a.m. on May 21, 2009. The parties shall jointly call into chambers at (208) 334-9010. Plaintiff's counsel shall initiate the call (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by MD). [Transferred from Idaho on 8/18/2009.] (Entered: 05/08/2009) ORIGINALLY FILED IN USDC-ID ON 5/8/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | ● | Set/Reset Hearings: Telephonic Status Conference set for 5/21/2009 09:00 AM in Boise Chambers before Judge Larry M. Boyle. (MD) [Transferred from Idaho on 8/18/2009.] (Entered: 05/08/2009) ORIGINALLY FILED IN USDC-ID ON 5/8/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | ● | The 60 day deadline has expired. Case will be reassigned to a District Judge. No more notice of or assignment will be sent out. (dks) [Transferred from Idaho on 8/18/2009.] (Entered: 05/11/2009) ORIGINALLY FILED IN USDC-ID ON 5/11/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | | (Court only) ***Deadlines terminated. (dks) [Transferred from Idaho on 8/18/2009.] (Entered: 05/11/2009) ORIGINALLY ENTERED IN USDC-ID ON 5/11/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | ● | DOCKET ENTRY NOTICE of Case Number Change, Case reassigned to Judge Edward J. Lodge for all further proceedings. Judge Larry M. Boyle no longer assigned to case and the telephone status conference set for 5/21/09 is vacated. Please use this case number on all future pleadings, CV 09-82-C-EJL (dks) [Transferred from Idaho on 8/18/2009.] (Entered: 05/11/2009) ORIGINALLY FILED IN USDC-ID ON 5/11/09. (bls) (Entered: 09/23/2009) |
| | | ORDER REFERRING CASE to Magistrate Judge Larry M. Boyle for All Pretrial Matters, ( Telephonic Status Conference reset for 5/21/2009 09:00 AM in Boise Chambers before Judge Larry M. Boyle.)Motions referred to Larry M. Boyle.. Signed by Judge Edward J. Lodge. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by dks) [Transferred from Idaho on 8/18/2009.] |

| | | |
|---|---|---|
| 09/03/2009 | 10 | (Entered: 05/11/2009) ORIGINALLY FILED IN USDC-ID ON 5/11/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 11 | Minute Entry for proceedings held before Judge Larry M. Boyle: Telephone Status Conference held on 5/21/2009. (Court Reporter/ESR Vicki Jones.) (so) [Transferred from Idaho on 8/18/2009.] (Entered: 05/21/2009) ORIGINALLY FILED IN USDC-ID ON 5/21/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 12 | NOTICE by Mia Sonneck, Alberta Sena, Dorothea Skalicky- Notice of Filing of Report and Recommendation on Debtor's Motion to Transfer Related Cases (Attachments: # 1 Exhibit A to Notice of Filing of Rpt&Recommendation on Debtor's Motion to Transfer Related Cases)(Walton, Timothy) [Transferred from Idaho on 8/18/2009.] (Entered: 07/17/2009) ORIGINALLY FILED IN USDC-ID ON 7/17/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 13 | ORDER of Transfer to District of Oregon. (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by jlg) [Transferred from Idaho on 8/18/2009.] (Entered: 08/14/2009) ORIGINALLY FILED IN USDC-ID ON 8/14/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 14 | Case transferred in from District of Idaho; Case Number 3:09-cv-00082. Electronic file with documents numbered 1 - 13 received. (Entered: 08/18/2009) ORIGINALLY FILED IN USDC ON 8/18/09. (bls) Additional attachment(s) added on 9/24/2009 (rdl). Modified on 9/24/2009 to add additional document (rdl). Modified on 9/24/2009 (rdl). (Entered: 09/23/2009) |
| 09/03/2009 | 15 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment to Magistrate Judge Dennis J. Hubel. Discovery is to be completed by 12/21/2009. Joint Alternate Dispute Resolution Report is due by 1/19/2010. Pretrial Order is due by 1/19/2010. Ordered by Magistrate Judge Dennis J. Hubel. (ntm) (Entered: 08/18/2009) ORIGINALLY FILED IN USDC-OR ON 8/18/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | | (Court only) ***NON-PUBLIC****** Remark: Sent email on this date to counsel regarding admission pro hac vice as well as general admission.. (ecp) (Entered: 08/20/2009) ORIGINALLY ENTERED IN USDC-OR ON 8/20/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 16 | Notice of Appearance of Richard D. Halton appearing on behalf of all plaintiffs.Filed by on behalf of all plaintiffs. (Halton, Richard) (Entered: 08/28/2009) ORIGINALLY FILED IN USDC-OR ON 8/28/09. (bls) (Entered: 09/23/2009) |

| Date | Doc # | Description |
|---|---|---|
| 09/03/2009 | 17 | Certificate of Service by Alberta Sena, Dorothea Skalicky, Mia Sonneck of Attorney Appearance 16 and Application for Special Admission Pro Hac Vice Filed by Alberta Sena, Dorothea Skalicky, Mia Sonneck. (Halton, Richard) (Entered: 08/28/2009) ORIGINALLY FILED IN USDC-OR ON 8/28/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 18 | Order Granting Application for Special Admission Pro Hac Vice of Leander L. James for Alberta Sena, Dorothea Skalicky and Mia Sonneck. Application Fee in amount of $100 collected. Receipt No. 28801 issued. Signed on 9/2/09 by Magistrate Judge Dennis J. Hubel. (ljl) (Entered: 09/03/2009) ORIGINALLY FILED IN USDC-OR ON 9/2/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 | 19 | RECORD OF ORDER by Judge Dennis J. Hubel: Pursuant to the Order of August 14, 2009, 13 , this case is hereby referred to the United States Bankruptcy Court for the District of Oregon for all further matters and proceedings. The Clerk of the District Court is directed to immediately transfer all pleadings filed in this case to the Bankruptcy Court, and to administratively report the case closed, for statistical purposes, in this Court as of the date of this order. The August 18, 2009 Discovery and Pretrial Scheduling Order (included as part of document 15 in this case) is VACATED. (kb) (Entered: 09/03/2009) ORIGINALLY FILED IN USDC-OR ON 9/3/09. (bls) (Entered: 09/23/2009) |
| 09/03/2009 |  | (Court only) ***NON-PUBLIC****** Remark: Copies of Orders 18 and 19 mailed to attorneys Andrew Chasan; Stanley Welsh; Thomas Walker, and Timothy Walton this date. (kb) (Entered: 09/03/2009) ORIGINALLY ENTERED IN USDC-OR ON 9/3/09 (bls) (Entered: 09/23/2009) |
| 10/30/2009 | 20 | Notice of Hearing Re: Adversary case 09-03311. Commencement of Adversary Proceeding. Nature of Suit:(01 (Determination of removed claim or cause))(bls). Status hearing to be held on 01/05/2010 at 10:00 AM at Meet Me Style Telephone. (cas) (Entered: 10/30/2009) |
| 11/01/2009 | 21 | Certificate of Notice Re: 20 Notice of Hearing Re: Adversary case 09-03311. Commencement of Adversary Proceeding. Nature of Suit:(01 (Determination of removed claim or cause))(bls). Status hearing to be held on 01/05/2010 at 10:00 AM at Meet Me Style Telephone. (cas). (Admin.) (Entered: 11/01/2009) |
| 01/05/2010 | 22 | Record of Proceeding Re: Continued Status hearing to be held on 02/02/2010 at 11:00 AM at Meet Me Telephone (cas) (Entered: 01/08/2010) |

| | | |
|---|---|---|
| 02/02/2010 | ● 23 | Record of Proceeding Re: Continued Status hearing to be held on 05/04/2010 at 11:00 AM at Meet Me Style Telephone. (cas) (Entered: 02/03/2010) |
| 05/04/2010 | ● 24 | Record of Proceeding Re: Adversary case 09-03311. Commencement of Adversary Proceeding. Nature of Suit:(01 (Determination of removed claim or cause))(bls). Continued Status hearing to be held on 08/10/2010 at 11:00 AM at Meet Me Style Telephone. (cas) (Entered: 05/05/2010) |
| 06/17/2010 | ● 25 | Stipulation *for Dismissal of RCD of Boise* Filed By Defendant Roman Catholic Diocese of Boise (MEIER, JOSEPH) (Entered: 06/17/2010) |
| 06/23/2010 | ● 26 | Proposed Order re Report and Recommendation on 25 Stipulation *for Dismissal of RCD of Boise* Filed By Defendant Roman Catholic Diocese of Boise (MEIER, JOSEPH) (bls) (Entered: 06/23/2010) |
| 06/23/2010 | | Case Tickled: IF NO OBJECTIONS TO 26 , SEND IT AND UNSIGNED ORDER OF DISMISSAL OVER TO USDC PER PROCEDURES (bls) (Entered: 06/23/2010) |
| 07/08/2010 | ● 27 | Notice of Transfer to District Court Re: 26 Order (Miscellaneous) (bls) (Entered: 07/08/2010) |